1
2
3
4
5
6
7
8
9      IN THE UNITED STATES DISTRICT COURT
10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11 SCOTT N. JOHNSON,                          )
                                              )   2:09-cv-01779-GEB-JFM
12              Plaintiff,                    )
                                              )
13         v.                                 )   ORDER RE: SETTLEMENT
                                              )   AND DISPOSITION
14 FRANK OLSEN, individually and              )
   d/b/a Hertz Car Sales; CRAIG KOCH,         )
15 individually and d/b/a Hertz               )
   Car Sales; BRIAN JOHN KEELEY,              )
16 individually and as Trustee of             )
   the Brian John Keeley and Arlene           )
17 Keeley Revocable Trust dated               )
   June 27, 2001; ARLENE CHIYO                )
18 KEELEY, individually and as                )
   Trustee of the Brian Keeley and            )
19 Arlene Keeley Revocable Trust              )
   dated June 27, 2001,                       )
20                                            )
                Defendants.                   )
21 _____  )

22         On September 21, 2009 the parties filed a Notice of
23 Settlement in which they state "the parties have reached a settlement
24 in the above-referenced matter . . . ."  Therefore, a dispositional
25 document shall be filed no later than October 13, 2009. Failure to
26 respond by this deadline may be construed as consent to dismissal of
27 this action without prejudice, and a dismissal order could be filed.
28

1

1  See L.R. 16-160(b) ("A failure to file dispositional papers on the
2  date prescribed by the Court may be grounds for sanctions.").
3        The status conference scheduled for October 5, 2009, is
4  reset for hearing at 9:00 a.m. on November 30, 2009, in the event no
5  dispositional document is filed, or if this action is not otherwise
6  dismissed. Further, a joint status report shall be filed fourteen
7  days prior to the status conference.[1]
8  Dated:   September 23, 2009

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge

---

26  [1]    A status conference is scheduled because the mere representation that an action has settled does not justify removal
27  of the action from a district court's scheduling docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that
28  a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2